1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN BELLINGER,                          No.  2:21-cv-1525 CKD P

12                 Plaintiff,

13        v.                                    ORDER AND

14   NADAINE ARE BETTER, et al.,                FINDINGS AND RECOMMENDATIONS

15                 Defendants.

16

17        On August 31, 2021, plaintiff was ordered to file a completed application to proceed in

18   forma pauperis or pay the filing fee within thirty days and was cautioned that failure to do so

19   would result in a recommendation that this action be dismissed.  The thirty-day period has now

20   expired, and plaintiff has not responded to the court's order.

21        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district

22   court judge to this case; and

23        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

24   Fed. R. Civ. P. 41(b).

25        These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, any party may file written

28   objections with the court and serve a copy on all parties.  Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 13, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bell1525.fifp

2