1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  BRIAN BELLINGER,                          No.  2:21-cv-1525 KJM CKD P

12              Plaintiff,

13      v.                                     ORDER

14  NADAINE ARE BETTER, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18  under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19  by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On October 14, 2021, the magistrate judge filed findings and recommendations, which

21  were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22  and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to

23  the findings and recommendations.

24         The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25  F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27  the file, the court finds the findings and recommendations to be supported by the record and by

28  the magistrate judge's analysis.

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 14, 2021 are adopted in full; and

2. This action is dismissed without prejudice.

DATED:  December 9, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

2